| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6217513 | **DATE** 07/18/2022 |
|---|---|---|---|---|

| **NAME** WIGGINS, Enhelica Nieves | **OFFICER** Eric S. Olmstead | **JUDGE** Bernard A. Friedman | **DOCKET #** 19-CR-20128-02 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 02/12/2020 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 14 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 01/22/2021 | | | | |
| **EXPIRATION** 01/21/2024 | | | | |

| **ASST. U.S. ATTORNEY** Margaret M. Smith | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 15: 18 U.S.C. § 1343, Wire Fraud

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 21 months, to be followed by a three-year term of supervised release.

Amended Sentence: 02/28/2020: Restitution Name of Payee and Restitution Ordered list was corrected. All other conditions of the original judgment remain in full force and effect.

Amended Sentence: 03/02/2020: Restitution Name of Payee and Restitution Ordered list was corrected. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The Court imposes a zero tolerance condition and must be notified of any violation immediately.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must submit to a psychological/psychiatric evaluation as directed by the probation officer, if necessary.
4. You must enroll in a program for abused women.
5. The defendant shall make monthly installment payments on any remaining balance of the (restitution and special assessment) at a rate and schedule recommended by the probation department and approved by the Court.
6. The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6217513 | **DATE** 07/18/2022 |
|---|---|---|---|---|
| **NAME** WIGGINS, Enhelica Nieves | **OFFICER** Eric S. Olmstead | | **JUDGE** Bernard A. Friedman | **DOCKET #** 19-CR-20128-02 |

7. The defendant shall provide the probation officer access to any requested financial information.

   Criminal Monetary Penalties:  Special Assessment $100.00 (paid), Restitution $106,130.33 (balance: $104,458.03)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 7**: "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IF NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."<br><br>On March 22, 2022, WIGGINS informed this writer that she had been fired from her job at Quad Graphics. She has remained unemployed since that date. |
| 2 | **Violation of Special Condition**: "THE DEFENDANT SHALL MAKE MONTHLY INSTALLMENT PAYMENTS ON ANY REMAINING BALANCE OF THE (RESTITUTION AND SPECIAL ASSESSMENT) AT A RATE AND SCHEDULE RECOMMENDED BY THE PROBATION DEPARTMENT AND APPROVED BY THE COURT."<br><br>WIGGINS has not made a payment since January 14, 2022. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Eric S. Olmstead/mt/tmg 989-894-8827 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313 234-5272 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6217513 | DATE 07/18/2022 |
|---|---|---|---|---|
| **NAME** WIGGINS, Enhelica Nieves | **OFFICER** Eric S. Olmstead | **JUDGE** Bernard A. Friedman | | **DOCKET #** 19-CR-20128-02 |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[  ]   Other

 

s/Bernard A. Friedman
Senior United States District Judge

7/29/2022
Date

Page **3** of **3**